(31 Misc. Rep. 46.)

### In re AUERBACH.

(Supreme Court, Special Term, New York County. March, 1900.)

INTOXICATING LIQUORS—LIQUOR-TAX CERTIFICATE— CANCELLATION — APPEAL — STAY.

　　Liquor-Tax Law, § 28, subd. 2, declares that, on the entry and due service of an order canceling a liquor-tax certificate in a proceeding instituted as authorized by section 28, the rights of the holder by virtue of the certificate shall cease. Held, that a stay pending an appeal from an order canceling a liquor-tax certificate will be denied, since it could not affect the legal status of the holder, and any other further acts under the certificate would be illegal.

Application by Joseph Auerbach for the cancellation of a liquor-tax certificate issued to Johannes M. Johannsen. Application granted. Motion for a stay of proceedings pending an appeal. Denied.

William S. Gordon, for petitioner.

BISCHOFF, J. After entry and service of an order canceling a liquor-tax certificate in a proceeding instituted under section 28 of the liquor-tax law, the respondent seeks a stay of proceedings pending his appeal from the order; but it appears that a stay cannot affect the situation, and the motion should therefore be denied. Under the provisions of Liquor-Tax Law, § 28, subd. 2, the order is self-executing, and upon its entry and due service the rights of the holder by virtue of the certificate "shall cease." Therefore a stay, operating only upon future proceedings, cannot affect the legal status of the party as already fixed by law, and, with or without a stay, his fur-

ther acts under the certificate would be in violation of the penal provisions of the statute. Application denied, with $10 costs.

Application denied, with $10 costs.